Cook Alciati, Esq. (*pro hac vice* to be filed)
Gardella Grace P.A.
80 M Street SE
Washington, DC 20001

Seth W. Wiener, California State Bar No. 203747
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94852

Attorneys for Plaintiff
YJB LED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YJB LED, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>AXP Technology, Inc.,<br><br>Defendant. | Case Number 4:18-cv-7029<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff YJB LED, Inc., by and through its attorneys, brings this Complaint against AXP Technology, Inc. and hereby alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*., including specifically 35 U.S.C. § 271.

**THE PARTIES**

2. YJB LED, Inc. is a corporation organized and existing under the laws of the State of Delaware with an address at P.O. Box 629 Crosslake, Minnesota 56442.

3. Upon information and belief, AXP Technology, Inc. ("AXP") is a corporation organized and existing under the laws of the State of California with a principal place of business at 41041 Trimboli Way, Fremont, California 94358. AXP can be served via its registered business address of 41041 Trimboli Way, Fremont, California 94358.

## JURISDICTION AND VENUE

4. Upon information and belief, AXP sells and offers to sell products and services throughout the United States, including in this judicial district, and introduces products and services into the stream of commerce that incorporate infringing technology knowing that they would be sold in this judicial district and elsewhere in the United States.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. Upon information and belief, AXP conducts business in this district, the claims alleged in this Complaint arise in this District, and acts of infringement have taken place and are continuing to take place in this District.

7. Upon information and belief, AXP is subject to this Court's general and specific personal jurisdiction because AXP has sufficient minimum contacts within the State of California and this District, pursuant to due process and/or the California Long Arm Statute, because AXP purposefully availed itself of the privileges of conducting business in the State of California and in this District, because AXP regularly conducts and solicits business within the State of California and within this District, and because YJB's causes of action arise directly from AXP's business contacts and other activities in the State of California and this District. Further, this Court has personal jurisdiction over AXP because it has purposely availed itself of the privileges and benefits of the laws of the State of California

8. Venue is proper in this judicial district under 28 U.S.C. § 1400(b).

9. AXP has a regular and established place of business in this District and has committed acts of infringement in this District at least by selling and/or offering to sell the devices accused of infringement herein.

**BACKGROUND**

10. On October 1, 2013, the United States Patent and Trademark Office issued U.S. Patent No. 8,545,060 (the "060 patent"). Titled "High Intensity Replaceable Light Emitting Diode Module and Array," the '060 patent names Mr. Deloren E. Anderson as its inventor. A true and correct copy of the '060 patent is attached to this complaint as Exhibit A.

11. On July 11, 2017, the United States Patent and Trademark Office issued U.S. Patent No. 9,702,510 (the "510 patent"). Titled "LED Light Bulb," the '510 patent named Mr. Deloren E. Anderson as its inventor. A true and correct copy of the '510 patent is attached to this complaint as Exhibit B.

12. YJB is the owner of all right, title, and interest in the '060 patent.

13. YJB is the owner of all right, title, and interest in the '510 patent.

14. YJB is in the business of designing and attempting to commercialize light emitting diode technology.

15. YJB's principal shareholder, Deloren Anderson, has at various points over the last ten years been involved in the manufacture and sale of light emitting diode technology.

16. On November 26, 2008, Mr. Anderson filed a patent application titled "High Intensity Replaceable Light Emitting Diode Module and Array," which was assigned Application No. 12/234,663 (the '663 application") at the United States Patent and Trademark Office.

17. The '663 application disclosed "[a] high intensity light emitting diode light fixture for producing [a] large volume of light for lighting large areas, such as parking lots, parking ramps, highways, streets, stores, warehouses, gas station canopies, etc."

18. Fig. 3 of the '663 application represented an embodiment of such a high intensity light emitting diode:




FIG. 3

19. Mr. Anderson built a physical prototype of this embodiment, a picture of which is found in Provisional Application No. 12/324,663, which was filed on November 26, 2008:




20. The '663 application matured into the '060 patent.

21. On May 23, 2014, Mr. Anderson filed a patent application entitled "Light Emitting Diode," which was assigned Application No. 14/286,586 (the '586 application"), at the United States Patent and Trademark Office.

22. The ‘586 application includes various embodiments, including one of a filament LED bulb. Mr. Anderson built a prototype of one such filament bulb, a picture of which is included in the ‘586 application:




23. Mr. Anderson tested his prototype bulb in 2014 in Los Angeles. The bulb performed very well by providing bright light and it was highly efficient—producing 144 lumens/watt. Due to financial circumstances Mr. Anderson was never able to commercialize his bulb on a large commercial scale despite interest from the industry in prototype bulb.

**<u>COUNT I – INFRINGEMENT OF U.S. PATENT NO. 9,702,510</u>**

24. YJB repeats the allegations of paragraphs 1-23 above as though fully set forth herein.

25. The ‘510 patent is valid and enforceable.

26. In contravention of 35 U.S.C. § 271(a), AXP has directly infringed and continues to directly infringe at least claims 1, 6, 8, 16, 17, and 19 of the ‘510 patent, literally or under the doctrine of equivalents through its manufacture, sales, and importation of at least the following light bulbs (hereafter the “Accused Filament Bulbs”):

(a) All Glass Filament LED Light Bulb (CLFA15 E26 3.5C8027)

(b) All Glass Filament LED Light Bulb (CLFA19 E26 3.5C8027)

(c) All Glass Filament LED Light Bulb (CLFA19 E26 5C8027)

(d) All Glass Filament LED Light Bulb (PB-SQ-7-40-E26-D)

(e) All Glass Filament LED Torpedo (CLFB11 E12 1.5C8027)

(f) All Glass Filament LED Torpedo (CLFB11 E12 3.5C8027)

(g) All Glass Filament LED Torpedo (CLFB11 E26 1.5C8027)

(h) All Glass Filament LED Torpedo (CLFB11 E26 3.5C8027)

(i) All Glass Filament LED Flame Tip (CLFCA10 E12 1.5C8027)

(j) All Glass Filament LED Flame Tip (CLFCA10 E12 3.5C8027)

(k) Filament LED C7 Bulb (PB-C7-1-WN-E12-D)

(l) Filament LED G25 Bulb (PB-G25-2-WN-22-E26-D)

(m) Filament LED G25 Bulb (PB-G25-2-WN-27-E26-D)

(n) Filament LED G25 Bulb (PB-G25-4-WN-22-E26-D)

(o) Filament LED G25 Bulb (PB-G25-4-WN-27-E26-D)

(p) Filament LED G25 Bulb (PB-G40-4-WN-22-E26-D)

(q) Filament LED G25 Bulb (PB-G40-4-WN-27-E26-D)

(r) Filament LED G25 Bulb (PB-G40-5-WN-22-E26-D)

(s) Filament LED G25 Bulb (PB-G40-5-WN-27-E26-D)

(t) Filament LED G25 Bulb (PB-G40-7-WN-22-E26-D)

(u) Filament LED G25 Bulb (PB-G40-7-WN-27-E26-D)

(v) Filament LED G16 Bulb (PB-G16-2-WN-22-E26-D)

(w) Filament LED G25 Bulb (PB-G25-4-WN-22-E26-D)

(x) Filament LED G25 Bulb (PB-G25-4-WN-27-E26-D)

(y) Filament LED S14 (CLFS14 E26 1C8027)

(z) Filament LED S14 (CLFS14 E26 1.5C8027)

(aa) Filament LED S14 (CLFS14 E26 3.5C8027)

(bb) Filament LED S21 (PB-S21-5-WN-27-E26-D)

(cc) Filament LED S21 (PB-S21-7-WN-E26-D)

27. Claim 1 of the ‘510 patent is representative of the claims infringed by AXP and is set forth below:

> **1.** A light bulb comprising:
> an Edison style base;
> light emitting diode circuitry coupled to the base;
> a conductive structure including a first proximal contact that is proximate the base and a first distal contact that is distal from the base;
> a bulb sealed about the base and extending above the base;
> a substantially cylindrical elongated filament supported on a first proximate filament end by the first proximate contact and supported on a first distal filament end by the first distal contact, the filament extending from the base into the bulb above the base, wherein the bulb entirely encases the elongated filament;
> a light emitting diode channel disposed within the filament, coupled to the light emitting diode circuitry, and extending into the bulb above the base; and
> an inert gas disposed within the bulb.

28. The Accused Filament Bulbs infringe claim 1 of the '510 patent.

29. AXP's All Glass Filament LED Light Bulb is representative of the Accused Filament Bulbs.

30. AXP's All Glass Filament LED Light Bulb includes an Edison style connector:



31. AXP's All Glass Filament LED Light Bulb includes light emitting diode circuitry coupled to the base within the base:



32. AXP's All Glass Filament LED Light Bulb includes a conductive structure including a **first proximal contact** that is proximate the base and **a first distal contact** that is distal from the base:



33. AXP's All Glass Filament LED Light Bulb includes a **bulb** **sealed** about the base and extending above the base:



34. AXP's All Glass Filament LED Light Bulb includes a substantially cylindrical elongated filament supported on a **first proximate filament** end by the first proximate contact and supported on a **first distal filament** end by the first distal contact:



35. The filament in AXP's All Glass Filament LED Light Bulb extends from the base into the bulb above the base, and the bulb entirely encases the elongated filament:



36. AXP's All Glass Filament LED Light Bulb includes a light emitting diode channel within the filament, which is coupled to the light emitting diode circuitry, and the light emitting diode channel within the filament extends into the bulb above the base:



37. The Accused Filament Bulbs infringe claim 6 of the '510 patent.

38. Claim 6 is dependent from claim 1 and recites "wherein the filament is formed of a substantially transparent material." The AXP's All Glass Filament LED Light Bulb includes filaments made of glass, which are substantially transparent.

39. The Accused Filament Bulbs infringe claim 7 of the '510 patent.

40. Claim 7 is dependent from claim 6 and recites "wherein the transparent material is glass." AXP's All Glass Filament LED Light Bulb includes filaments made of glass.

41. The Accused Filament Bulbs infringe claim 8 of the '510 patent.

42. Claim 8 is dependent from claim 6 and recites "wherein the filament includes a first filament conductor and a second filament conductor to contact the light emitting diode channel

within the filament , the filament tapered on the first filament end to the first filament conductor and tapered on the second filament end to the second filament conductor."

43. AXP's All Glass Filament LED Light Bulb includes a **first filament conductor** and a **second filament conductor** to contact the light emitting diode channel within the filament:



44. The filament is tapered on **the first filament end** to the first filament conductor and tapered on the **second filament end** to the second filament conductor:



45. The Accused Filament Bulbs infringe claim 16 of the '510 patent.

46. Claim 16 recites

**16.** A light bulb comprising:

an Edison style base;

light emitting diode circuitry coupled to the base;

a conductive structure including a first proximal contact that is proximate the base and a first distal contact that is distal from the base;

a bulb sealed about the base and extending above the base;

a substantially cylindrical elongated filament supported on a first proximate end by the first proximate contact and supported on a first distal filament end by the first distal contact, the filament extending from the base into the bulb above the base, wherein the bulb entirely encases the elongated filament; and

a light emitting diode channel disposed within the filament, coupled to the light emitting diode circuitry, and extending into the bulb above the base.

47. AXP's All Glass Filament LED Light Bulb includes an Edison style connector:



48. AXP's All Glass Filament LED Light Bulb includes light emitting diode circuitry coupled to the base within the base:



49. AXP's All Glass Filament LED Light Bulb includes a conductive structure including a **first proximal contact** that is proximate the base and **a first distal contact** that is distal from the base:



50. AXP's All Glass Filament LED Light Bulb includes a **bulb** **sealed** about the base and extending above the base:



51. AXP's All Glass Filament LED Light Bulb includes a substantially cylindrical elongated filament supported on a **first proximate filament** end by the first proximate contact and supported on a **first distal filament** end by the first distal contact:



52. The filament in AXP's All Glass Filament LED Light Bulb extends from the base into the bulb above the base, and the bulb entirely encases the elongated filament:



53. AXP's All Glass Filament LED Light Bulb includes a light emitting diode channel within the filament, which is coupled to the light emitting diode circuitry, and the light emitting diode channel within the filament extends into the bulb above the base:



54. The Accused Filament Bulbs infringe claim 17 of the ‘510 patent.

55. Claim 17 depends from claim 16 and recites “wherein the filament is formed of a transparent material.” The AXP’s All Glass Filament LED Light Bulb includes filaments made of glass, which is a transparent material.

56. The Accused Filament Bulbs infringe claim 19 of the ‘510 patent.

57. Claim 19 of the ‘510 patent recites:

**19.** A light comprising:

an Edison style base;

a bulb sealed about the base and extending above the base;

a conductive structure including a first proximal contact that is proximate the base and a first distal contact that is distal from the base;

a substantially cylindrical elongated filament supported on a first proximate filament end by the first proximate contact and supported on a first distal filament end by the first distal contact, the filament extending from the base into the bulb

above the base, wherein the bulb entirely encases the elongated filament.

58. AXP's All Glass Filament LED Light Bulb includes an Edison style connector:



59. AXP's All Glass Filament LED Light Bulb includes a **bulb** **sealed** about the base and extending above the base:



60. AXP's All Glass Filament LED Light Bulb includes a conductive structure including a **first proximal contact** that is proximate the base and **a first distal contact** that is distal from the base:



61. AXP's All Glass Filament LED Light Bulb includes a substantially cylindrical elongated filament supported on a **first proximate filament** end by the first proximate contact and supported on a **first distal filament** end by the first distal contact:



62. The filament in AXP's All Glass Filament LED Light Bulb extends from the base into the bulb above the base, and the bulb entirely encases the elongated filament:



63. AXP's All Glass Filament LED Light Bulb includes a light emitting diode channel within the filament, which is coupled to the light emitting diode circuitry, and the light emitting diode channel within the filament extends into the bulb above the base:



64. YJB has no adequate remedy at law for the acts of infringement committed by AXP. As a direct and proximate result of AXP's acts of infringement, YJB has suffered and continues to suffer damages and irreparable harm. Unless AXP's acts of infringement are enjoined by this Court, YJB will continue to be damaged an irreparably harmed.

65. YJB is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 8,545,060**

66. YJB repeats the allegations of paragraphs 1-65 above as though fully set forth herein.

67. The '060 patent is valid and enforceable.

68. In contravention of 35 U.S.C. § 271(a), AXP has directly infringed and continues to infringe at least claim 10 of the '060 patent literally or under the doctrine of equivalents through its manufacture, sales, and importation of at least the following light bulbs (hereafter the "Accused Linear Bulbs"):

(a) Plug and Play Linear LED T8 (T8L-IDDM13-1800-4ft-XXX)

(b) Plug and Play Linear LED T8 (T8L-IDDM13-2200-4ft-XXX)

(c) Plug and Play Linear LED T8 (T5L-IDDM14-3500-4ft-XXX)

69. Claim 10 is representative of the claims of the '060 patent.

70. Claim 10 recites:

**10.** A high intensity light emitting diode module comprising:

a high intensity light emitting diode;

a heat sink thermally coupled to the high intensity light emitting diode;

a base coupled to the heat sink;

a pair of light emitting diode contacts extending from the light emitting diode, each light emitting diode contact shaped to removably mate in retentive contact with corresponding power source contacts coupled to a power supply to produce a large volume of light, wherein the pair of light emitting diode contacts comprise male connectors for mating with the power source contacts.

71. The Accused Linear bulbs infringe claim 10 of the ‘060 patent.

72. The Accused Linear bulbs are “Linear LED” bulbs, which demonstrates that they include a light emitting diode.

73. The Accused Linear Bulbs are high intensity at least because they produce between 1800-3500 lumens with wattages ranging from 11.5-25.

74. The Accused Linear Bulbs include a heat sink coupled to the base, which is necessary to dissipate heat

75. The Accused Linear Bulbs include a pair of light emitting diode contacts, which extend from the light emitting diode:



76. Each of the light emitting diode contacts are shaped to removably mate in retentive contact with corresponding power sources contacts that are coupled to a power supply because the two prongs plug into the power supply to power the light.

77. The Accused Linear Bulbs produce a large volume of light at least because they emit between 1800-3500 lumens.

78. The pair of light emitting diode contacts comprise male connectors for mating with the power source contacts:



79. YJB has no adequate remedy at law for the acts of infringement committed by AXP. As a direct and proximate result of AXP's acts of infringement, YJB has suffered and continues to suffer damages and irreparable harm. Unless AXP's acts of infringement are enjoined by this Court, YJB will continue to be damaged an irreparably harmed.

80. YJB is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, YJB LED, Inc. demands a trial by jury on all issues on which trial by jury is available under applicable law.

**PRAYER FOR RELIEF**

YJB LED, Inc. respectfully seeks the following relief:

A. A judgment in favor of YJB LED, Inc. that AXP Technology, Inc. has infringed U.S. Patent Nos. 8,545,060 and 9,702,510 in violation of 35 U.S.C. § 271;

B. An award of damages sufficient to compensate YJB LED, Inc. for AXP Technology, Inc.'s infringement of U.S. Patent Nos. 8,545,060 and 9,702,510, including lost profits suffered by YJB LED, Inc. as a result of AXP Technology, Inc.'s infringement, in an amount not less than a reasonable royalty;

C. A judgment in favor of YJB LED, Inc. permanently enjoining AXP Technology, Inc. and its directors, officers, agents, servants, and employees, and those acting in privity or in concert with it, and its parents, subsidiaries, divisions, branches, affiliates, successors and assigns from further acts of infringement of U.S. Patent Nos. 8,545,060 and 9,702,510.

D. An award of pre- and post-judgment interest and the taxation of all allowable costs against AXP Technology, Inc.;

E. An award of increased damages in an amount not less than three times the damages assessed for AXP Technology, Inc.'s infringement of U.S. Patent Nos. 8,545,060 and 9,702,510, in accordance with 35 U.S.C. § 284.

F. A judgment in favor of YJB LED, Inc. that this case is "exceptional" under 35 U.S.C. § 285 and an award of YJB LED, Inc.'s attorneys' fees incurred in this action;

G. That AXP Technology, Inc. be ordered to provide an accounting for the damages resulting from the infringement of U.S. Patent Nos. 8,545,060 and 9,702,510, together with interests and costs, and all other damages permitted by 35 U.S.C. § 284, including an accounting for infringing acts not presented at trial and an award by the court of additional damages for any

such infringing acts; and

H. For such other and further relief as this Court shall deem appropriate.

Date: November 19, 2018

/s/ W. Cook Alciati
W. Cook Alciati, Esq. (*pro hac vice* to be filed)
Gardella Grace P.A.
80 M Street SE
Washington, DC 20001

Seth W. Wiener
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94852

Attorneys for Plaintiff
YJB LED, INC.